# MINUTE ORDER

Page 17

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 10/28/2019  Time: 2:00 p.m.

Defendant: 2) MARCIAL MINA-ANGULO    J#: 18430-104    Case #: 19-3725-MJ-Becerra
AUSA: Michael Thakur    Attorney: ___
Violation: CONSP/MARITIME DRUG SMUGGLING
Surr/Arrest Date: 10/27/2019    YOB: 1991

Proceeding: Initial Appearance    CJA Appt: Victor Rocha ✓
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: ___
Bond Set at: ___    Co-signed by: ___

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___
☐ Other: ___

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts CJA
- Gvt req PTD

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD) Bond Hearing: 10/31  10a  Duty  MJA
(Prelim/Arraign) or Removal: 11/12  "  "  "
Status Conference RE:
D.A.R. 14:11:25 / 16:00:44    Time in Court: 4 mins
s/Jacqueline Becerra    Magistrate Judge